## NORMAN E. WHITNEY *v.* EMILIA MEZRIOUI ET AL.
### (AC 24510)

Flynn, Bishop and McLachlan, Js.

Argued April 1—officially released April 5, 2004[1]

Per Curiam. In this appeal from the trial court's denial of a motion to open a judgment of possession, the appellant has furnished this court no basis upon which we are able to determine that the court's denial of her motion was an abuse of discretion.

The judgment is affirmed.

## ROBERT L. JOHNSON *v.* COMMISSIONER OF CORRECTION
### (AC 24271)

Lavery, C. J., and Schaller and McLachlan, Js.

Submitted on briefs April 2—officially released April 27, 2004

Per Curiam. The judgment is affirmed.

## NANCY LEWIS *v.* EARL BONHOTEL
### (AC 24479)

Lavery, C. J., and Schaller and McLachlan, Js.

Submitted on briefs April 2—officially released April 27, 2004

Per Curiam. The judgment is affirmed.

[1] April 5, 2004, the date that this decision was released as a slip opinion, is the operative date for all substantive and procedural purposes.